## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No.  13-277 JKS** |
| **v.** | * | |
| | * | |
| **CLARK TIMOTHY POLAND** | * | |
| | * | |

### MEMORANDUM

Presently pending and ready for resolution is Defendant's motion for Review of the Order of Detention.  ECF No. 11.  No hearing is necessary, and the motion will be denied.

Defendant entered a guilty plea in the District of Arizona and was released on July 7, 2012 pending sentencing.  As conditions of his release, he was forbidden to travel outside of Maricopa County, Arizona without permission, and was required, *inter alia,* to report as directed, to maintain weekly contact with counsel, and to comply with all mental health treatment including taking all prescribed medication.

Defendant was arrested in Maryland on February 8, 2013, on a warrant issued after he failed to appear for sentencing on January 28, 2013.  The supervising officer states that he absconded from supervision; it is of course evident that he left the District of Arizona.  It is also reported that he incurred a new arrest on December 17, 2012, and has an open warrant for failure to appear as to that new charge.  In addition, the Defendant asked this court during his initial appearance on February 11, 2013, to issue an order prohibiting the government from forcibly medicating him, which indicates that he does not intend to comply with the requirement that he take his prescribed medication.

Defendant argues that he was previously successfully released on his own recognizance and that his pretrial detention already exceeds the guideline range for offense for which he is

pending sentencing.  This is insufficient to overcome the overwhelming evidence that he has failed to comply with his current release conditions and that neither these nor any other conditions of release will reasonably assure his appearance at sentencing.  Accordingly, the motion for review of the order of detention will be denied.

<u>February 14, 2013</u>                                                          _____/S/_____
        Date                                                                                       JILLYN K. SCHULZE
                                                                                  United States Magistrate Judge